BRAEBURN SECURITIES CORP. *v.* SMITH,
AUDITOR OF PUBLIC ACCOUNTS
OF ILLINOIS, ET AL.

No. 718.  Decided April 20, 1959.

*John A. Bussian, William M. Doty* and *Gerald M. Chapman* for appellant.

*Latham Castle,* Attorney General of Illinois, *William C. Wines, Raymond S. Sarnow* and *A. Zola Groves,* Assistant Attorneys General, and *Benjamin S. Adamowski* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BURKE *v.* BENNETT, WARDEN.

No. 623, Misc.  Decided April 20, 1959.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.